IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID BOURGEOIS, #1379725 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv573 |
| ANTHONY HOLMES, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Plaintiff's *in forma pauperis* status is **REVOKED**. The Plaintiff may resume the lawsuit if he pays the entire filing fee of $350 within thirty days from the entry of this Order. All motions not previously ruled on are hereby denied.

**SIGNED this 27th day of February, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE